## Case No. 7,203.

### JAMIESON et al. v. ALEXANDER.

[1 Cranch, C. C. 6.] [1]

Circuit Court, District of Columbia. April Term, 1801.

Mr. Faw, for defendant

Mr. Simms, for plaintiffs

## Case No. 7,204.

### JAMIESON v. WILLIS.

[1 Cranch, C. C. 566.] [1]

Circuit Court, District of Columbia. July Term, 1809.

E. J. Lee, for defendant,

Herbert & Swann, for plaintiff.

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT was of opinion that such notice was not reasonable, although the parties resided in Alexandria. Nonsuit.

Reinstated on payment of all costs and leave to both parties to amend.